UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Bonnett Glover Nash, | ) | Civil Action No.: 1:16-cv-02478-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On June 7, 2017, Plaintiff filed a motion seeking attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 26. Plaintiff requested an award of attorney's fees in the amount of $4,481.97.[2] *Id.* On June 20, 2017, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of Plaintiff's requested amount of attorney's fees. *See* ECF No. 27.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 26] and **ORDERS** Defendant to pay attorney's fees in the amount of $4,481.97, subject to the Treasury Offset Program[3] if Plaintiff owes an outstanding debt to the federal government. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to her attorney, with a copy sent to Plaintiff.

**IT IS SO ORDERED.**

---

[1]  28 U.S.C. § 2412(d).

[2]  This amount represents the fee set forth in Plaintiff's counsel's affidavit. *See* ECF No. 26-2 at 2.

[3]  31 U.S.C. § 3716.

June 22, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge